**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

---

| | | |
|---|---|---|
| DAVID CAMPBELL,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | : | Case No. 4:12-cv-000297 |

---

**DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR ORAL ARGUMENT**

---

**COME NOW** Nationwide Mutual Insurance Co. and Allied Property and Casualty Insurance Company ("Defendants"), by and through their attorneys, Gonzalez Saggio & Harlan LLP, and hereby move to dismiss Plaintiff's Complaint and Jury Demand pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendants state as follows:

1. On July 2, 2012, Plaintiff filed a three (3) count Complaint and Jury Demand alleging that he was subjected to Age Discrimination in violation of the Age Discrimination in Employment Act and the Iowa Civil Rights Act; Gender Discrimination in violation of Title VII and the Iowa Civil Rights Act and Retaliation in violation of the Age Discrimination in Employment Act, Title VII and the Iowa Civil Rights Act.

2. Plaintiff served Nationwide Mutual Insurance Company with an Original Notice and Complaint on October 30, 2012. Allied Property and Casualty Insurance Company has not been served with an Original Notice and Complaint.

3. Based on the Brief and Memorandum of Authorities in Support of its Motion to Dismiss, filed contemporaneously herewith and by reference incorporated hereto, this Motion is timely and it is proper for this Court to dismiss Plaintiff's Complaint in its entirety.

4. The pleadings and other supporting documents referenced hereunder show that Plaintiff has failed to plead sufficient facts to support his claims of Age Discrimination, Gender Discrimination and Retaliation a claim of disability discrimination and, therefore, fails to state a claim in which relief could be granted.

5. Defendants request an opportunity to present oral argument of this Motion.

**WHEREFORE**, Defendants Nationwide Mutual Insurance Company and Allied Property and Casualty Insurance Company respectfully request that this Court enter an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint in its entirety as a matter of law and for such other further relief as the Court deems just and equitable in the premises.

Respectfully submitted,

*/s/ Kerrie M. Murphy*

Kerrie M. Murphy, AT0005576
Julie T. Bittner, AT0009719
GONZALEZ SAGGIO & HARLAN LLP
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: kerrie_murphy@gshllp.com
E-mail: julie_bittner@gshllp.com
*Attorneys for Defendants*

Original filed.

Copy to:

Michael J. Carroll
BABICH GOLDMAN, PC
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
E-mail: mcarroll@babichgoldman.com

Christopher R. Walsh
WALSH LAW FIRM
100 South Fifth Street, Ste. 1025
Minneapolis, MN 55402
E-mail: walshlawfirm@comcast.net
*Attorneys for Plaintiff*

ELECTRONIC PROOF OF SERVICE

I, hereby certify that on the 19th day of November, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

Signature: *<u>/s/Dawn Reiser</u>*
Dawn Reiser