UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

David Campbell

Plaintiff

v

Nationwide Mutual Insurance Company, and Allied Property and Casualty Insurance Company

Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:12-cv-297 RP RAW

○ JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

◉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Defendants' motion to dismiss [7] is granted. Case dismissed.

Date: January 3, 2013

CLERK, U.S. DISTRICT COURT

Fco. R. Meléndez

By: Deputy Clerk